| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,<br><br>            Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),<br>            Plaintiff,<br><br>v.<br><br>Twilio Inc.,<br>            Defendant. | Adv. No. 24-01224-VFP |

## CERTIFICATE OF SERVICE

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this *Notice of Dismissal of Adversary Proceeding* was made on August 9, 2024, via

3

| X | Electronic mail, addressed to: |

<u>Counsel for Defendant</u>
Jonathan W. Hugg, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Email: jhugg@eckertseamans.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 9, 2024              */s/ Jean Esslinger*
                                  Jean Esslinger
                                  ASK LLP
                                  2600 Eagan Woods Drive, Suite 400
                                  Saint Paul, MN 55121

4